UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBINSON,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>WASHINGTON MUTUAL, INC.., et al.,<br><br>　　　　　Defendant(s). | NO. C08-1251MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The requirement for filing of a Joint Status Report [Dkt. No. 3] is STAYED until an order issues on the pending motion for appoint of lead plaintiff and lead counsel in this matter.

The Joint Status Report shall be filed no later than 30 days following the resolution of the lead plaintiff/lead counsel issue.

Filed this 17th day of November, 2008.

　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk

　　　　　　　　　　　　　　　　By　　/s Mary Duett
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER