THE HONORABLE MARSHA J. PECHMAN

\_\_\_ FILED   \_\_\_ ENTERED
\_\_\_ LODGED  \_\_\_ RECEIVED

**NOV 17 2008**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUNE ROBINSON, by her attorney in fact, LYNNE POLIQUIN, Individually and on Behalf of all Others Similarly Situated,

Plaintiffs,

v.

WM TRUST I, WM TRUST II, WM STRATEGIC ASSET MANAGEMENT PORTFOLIOS, LLC, WM ADVISORS, INC., WM FUNDS DISTRIBUTOR, INC., WILLIAM G. PAPESH, DANIEL L. PAVELICH, RICHARD C. YANCEY, KRISTIANNE BLAKE, EDGE ASSET MANAGEMENT, INC., PRINCIPAL FINANCIAL GROUP, INC., PRINCIPAL INVESTORS FUND, INC., PRINCIPAL FUNDS DISTRIBUTOR, INC.,

Defendants.

No. C-08-1251 MJP

▓▓▓▓▓▓▓ ORDER GRANTING SUE ELLEN DUMDIE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

08-CV-01251-ORD

Upon consideration of Sue Ellen Dumdie's ("Dumdie") Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, and the responses thereto,

**IT IS HEREBY ORDERED THAT:**

1. Dumdie's Motion is **GRANTED**.

▓▓▓▓▓▓ ORDER - 1
Case No. C-08-1251 MJP

010074-11 270104 V1

**HAGENS BERMAN
SOBOL SHAPIRO LLP**
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

2.    Dumdie is hereby **APPOINTED** to serve as Lead Plaintiff on behalf of all persons or entities that purchased or otherwise acquired shares, units or like interests in any of the WM Group of Funds (including through the reinvestment of Fund dividends), between March 1, 2002, through December 31, 2006, inclusive (the "Class"), pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act") and Section 21D(a)(3)(B) of the Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

3.    The law firm of Finkelstein & Krinsk LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class, pursuant to pursuant to Section 27(a)(3)(B) of the Securities Act and Section 21D(a)(3)(B) of the Exchange Act, as amended by PSLRA.

Dated: Nov. 17, 2008

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

**Submitted By:**

HAGENS BERMAN SOBOL SHAPIRO, LLP

By_____/s/ Steve W. Berman_____
Steve W. Berman, WSBA #12536
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

[PROPOSED] ORDER - 2
Case No. C-08-1251 MJP

010074-11 270104 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1  Jeffrey R. Krinsk (admitted *pro hac vice*)
   Mark L. Knutson (admitted *pro hac vice*)
2  William R. Restis (admitted *pro hac vice*)
   FINKELSTEIN & KRINSK LLP
3  501 West Broadway, Suite 1250
   San Diego, CA 92101-3593
4  Telephone: (619) 238-1333
5  Facsimile: (619) 238-5425
   E-mail: jrk@classactionlaw.com
6
7  *Attorneys for Plaintiffs*
   *June Robinson, Lynne Poliquin and Movant*
8  *Sue Ellen Dumdie*

ORDER - 3
Case No. C-08-1251 MJP

010074-11 270104 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

# CERTIFICATE OF SERVICE

On October 27, 2008, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Arthur Clary Claflin, aclaflin@hallzan.com

Andrew R. Escobar, aescobar@omm.com

Spencer Hall, shall@hallzan.com

Phillip Kaplan, pkaplan@omm.com

Mark L. Knutson, mlk@classactionlaw.com

Jeffrey R. Krinsk, jrk@classactionlaw.com

Randall M. Lending, rlending@vedderprice.com

William R. Restis, wrr@classactionlaw.com

Also on October 27, 2008 a copy of the foregoing document was served on the following non-ECF participant in the manner indicated:

**Via Email and U.S. Mail**
Randall M. Lending
Michael J. Waters
VEDDER PRICE, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
E-mail: rlending@vedderprice.com
E-mail: mwaters@vedderprice.com

*Counsel for Defendants Daniel L. Pavelich, Richard C. Yancey, and Kristianne Blake*

DATED: October 27, 2008.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: s/ Steve W. Berman
 Steve W. Berman, WSBA #12536
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

ORDER - 4
Case No. C-08-1251 MJP

010074-11 270104 V

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594