UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUE ELLEN DUMDIE,

    Plaintiff(s),

v.

WM TRUST I, et al.,

    Defendant(s).

NO. C08-1251MJP

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Stipulation and [Proposed] Order Extending Briefing Schedule for Lead Plaintiff's Second Amended Complaint (Dkt. No. 41), makes the following findings:

1. The stipulation contains no specific (or insufficient) facts to establish good cause for a continuance/revision, and/or
2. The stipulation provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing briefing schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: March 13, 2009

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO REVISE- 1