UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUE ELLEN DUMDIE,

          Plaintiff(s),

v.

WM TRUST I, et al.,

          Defendant(s).

Case No. 08-1251

ORDER ON MOTION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

The Court, having received and reviewed the parties' stipulated order extending the briefing schedule for Defendants' motion to dismiss (Dkt. No. 43), makes the following findings:

1. The stipulation contains no specific (or insufficient) facts to establish good cause for a continuance;
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: March 16, 2009

          s/Marsha J. Pechman
          Marsha J. Pechman
          United States District Judge

ORD ON MTN EXTEND BRIEFING - 1