HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUE ELLEN DUMDIE, Individually and on Behalf of all Others Similarly Situated,<br><br>                Lead Plaintiff,<br><br>   v.<br><br>WM TRUST I, WM TRUST II, WM STRATEGIC ASSET MANAGEMENT PORTFOLIOS, LLC, WM ADVISORS, INC., WM FUNDS DISTRIBUTOR, INC., WILLIAM G. PAPESH, DANIEL L. PAVELICH, RICHARD C. YANCY, KRISTIANNE BLAKE, EDGE ASSET MANAGEMENT, INC., PRINCIPAL FINANCIAL GROUP, INC., PRINCIPAL INVESTORS FUND, INC., PRINCIPAL FUNDS DISTRIBUTOR, INC.,<br><br>                Defendants. | No.  C-08-1251 MJP<br><br>**STIPULATED DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Noted for Consideration:  March 25, 2009<br>Action filed:      August 20, 2008 |

STIPULATED DISMISSAL PURSUANT TO
RULE 41(a)(1)(A)(ii)
No. C-08-1251 MJP

O'MELVENY & MYERS
610 NEWPORT CENTER DRIVE, SUITE 1700
NEWPORT BEACH, CA  926600-6249
TEL: (949) 760-9600 • FAX: (949) 823-6994

1        WHEREAS, the Complaint (D.E. No. 1) and the First Amended Complaint (D.E. No. 5) in this matter were filed by Original Plaintiffs June Robinson and Lynne Poliquin, attorney-in-fact for June Robinson;

        WHEREAS, Sue Ellen Dumdie, moved to be appointed Lead Plaintiff (D.E. No. 24) and Dumdie's motion was granted (D.E. No. 29);

        WHEREAS, Sue Ellen Dumdie filed the Second Amended Complaint; substituting herself as Lead Plaintiff in place of Original Plaintiffs Robinson and Poliquin;

        WHEREAS, Lead Plaintiff Dumdie has reevaluated the claims pled in the Second Amended Complaint (D.E. No. 38) in light of the arguments raised in Defendants' Motion to Dismiss the Second Amended Complaint (D.E. No. 40) and determined that the case should be dismissed and Original Plaintiffs Robinson and Poliquin agree;

        WHEREAS, Defendants are agreeable to a stipulated dismissal on the basis that the individual claims of the Lead Plaintiff Sue Ellen Dumdie and Original Plaintiffs Robinson and Poliquin be dismissed with prejudice, that the claims of absent class members be dismissed without prejudice and that each party bears his or her own costs and attorney fees;

        WHEREAS, no other inducement has been provided to Lead Plaintiff Dumdie or Original Plaintiffs Robinson or Poliquin in return for this dismissal;

        IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to the individual claims of the Lead Plaintiff, Sue Ellen Dumdie, and the individual claims of Original Plaintiffs June Robinson and Lynne Poliquin and without prejudice as to the claims of absent class members.  This stipulation is made pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).  Each party shall bear his or her own costs and attorney fees.

//
//
//
//
//

STIPULATED DISMISSAL PURSUANT TO
RULE 41(a)(1)(A)(ii) - 1
NO. C-08-1251 MJP

O'MELVENY & MYERS
610 NEWPORT CENTER DRIVE, SUITE 1700
NEWPORT BEACH, CA 926600-6249
TEL: (949) 760-9600 • FAX: (949) 823-6994

1   Presented by:

2   Dated: March 25, 2009              By:  _____s/ Spencer Hall_____
                                            Spencer Hall, WASB # 6162
3                                           Hall Zanzig Claflin McEachern PLLC
                                            1200 Fifth Avenue, Suite 1414
4                                           Seattle, WA 98101
                                            Telephone:  (206) 292-5900
5                                           Fax:  (206) 292-5901
                                            E-mail:  shall@hallzan.com
6
                                            *Liaison Counsel for Defendants*
7
8   Dated: March 25, 2009              By:  _____s/ Phillip Kaplan_____
                                            Phillip R. Kaplan, CA S.B. #76949
                                            O'Melveny & Myers LLP
9                                           610 Newport Center Drive, Suite 1700
                                            Newport Beach, CA 92660
10                                          Telephone:  (949) 760-9600
                                            Fax:  (949) 823-6994
11                                          E-mail:  pkaplan@omm.com

12                                          *Lead Counsel for Defendants WM Trust I, WM
                                            Trust II, WM Strategic Asset Management
13                                          Portfolios, LLC, Principal Financial Group, Inc.,
                                            Principal Investors Fund, Inc., Edge Asset
14                                          Management, Inc. (formerly known as WM
                                            Advisors, Inc.), Principal Funds Distributor, Inc.
15                                          (formerly known as WM Funds Distributor, Inc.)
                                            and William G. Papesh  (admitted pro hac vice)*
16

17  Dated: March 25, 2009              By:  _____s/ Randall M. Lending_____
                                            Randall M. Lending, IL S.B. # 06198407
18                                          Vedder Price P.C.
                                            222 North LaSalle, Suite 2600
19                                          Chicago, IL 60601
                                            Telephone:  (312) 609-7564
20                                          Fax:  (312) 609-5005
                                            E-mail:  rlending@vedderprice.com
21
                                            *Counsel for Defendants Daniel L. Pavelich,
22                                          Richard C. Yancey, and Kristianne Blake
                                            (admitted pro hac vice)*
23

24

25

26

STIPULATED DISMISSAL PURSUANT TO
RULE 41(a)(1)(A)(ii) - 2
No.  C-08-1251 MJP

O'MELVENY & MYERS
610 NEWPORT CENTER DRIVE, SUITE 1700
NEWPORT BEACH, CA  926600-6249
TEL: (949) 760-9600 • FAX: (949) 823-6994

| | | |
|---|---|---|
| 1 | Dated: March 25, 2009 | By:  _____s/ William R. Restis_____ |
| | | William R. Restis, CA S.B. # 246823 |
| 2 | | FINKELSTEIN & KRINSK LLP |
| | | WILLIAM R. RESTIS (*admitted pro hac vice*) |
| 3 | | JEFFREY R. KRINSK (*admitted pro hac vice*) |
| 4 | | MARK L. KNUTSON (*admitted pro hac vice*) |
| | | 501 West Broadway, Suite 1250 |
| 5 | | San Diego, CA  92101-3593 |
| | | Telephone:  (619) 238-1333 |
| 6 | | Fax:  (619) 238-5425 |
| | | E-mail:  jrk@classactionlaw.com |
| 7 | | |
| 8 | | *Lead Counsel for Lead Plaintiff* |
| | | *Sue Ellen Dumdie and Original Plaintiffs Lynne* |
| 9 | | *Poliquin as attorney in fact for June Robinson* |
| | | *(admitted pro hac vice)* |
| 10 | | |
| | | HAGENS BERMAN SOBOL SHAPIRO, LLP |
| 11 | | STEVE W. BERNMAN |
| | | 1301 Fifth Avenue, Suite 2900 |
| 12 | | Seattle, WA 98101 |
| | | Telephone:  (206) 623-7292 |
| 13 | | Fax:  (206) 623-0594 |
| | | E-mail:  steve@hbsslaw.com |
| 14 | | |
| 15 | | *Liaison Counsel for Lead Plaintiff* |
| | | *Sue Ellen Dumdie and Original Plaintiffs Lynne* |
| 16 | | *Poliquin as attorney in fact for June Robinson* |

17

18

19

20

21

22

23

24

25

26

STIPULATED DISMISSAL PURSUANT TO
RULE 41(a)(1)(A)(ii) - 3
No. C-08-1251 MJP

O'MELVENY & MYERS
610 NEWPORT CENTER DRIVE, SUITE 1700
NEWPORT BEACH, CA  926600-6249
TEL: (949) 760-9600 • FAX: (949) 823-6994