HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUE ELLEN DUMDIE, Individually and on Behalf of all Others Similarly Situated,<br><br>              Lead Plaintiff,<br><br>    v.<br><br>WM TRUST I, WM TRUST II, WM STRATEGIC ASSET MANAGEMENT PORTFOLIOS, LLC, WM ADVISORS, INC., WM FUNDS DISTRIBUTOR, INC., WILLIAM G. PAPESH, DANIEL L. PAVELICH, RICHARD C. YANCY, KRISTIANNE BLAKE, EDGE ASSET MANAGEMENT, INC., PRINCIPAL FINANCIAL GROUP, INC., PRINCIPAL INVESTORS FUND, INC., PRINCIPAL FUNDS DISTRIBUTOR, INC.,<br><br>              Defendants. | No. C-08-1251 MJP<br><br>**DEFENDANTS' MOTION TO FILE OVER-LENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF STIPULATED DISMISSAL**<br><br>Noted for Consideration: March 25, 2009<br>Action filed:    August 20, 2008 |

MOTION FOR OVER-LENGTH BRIEF
NO. C-08-1251 MJP

O'MELVENY & MYERS
610 NEWPORT CENTER DRIVE, SUITE 1700
NEWPORT BEACH, CA 92660-6249
TEL: (949) 760-9600 • FAX: (949) 823-6994

1  Defendants[1] file this motion under Local Rule 7(f) to request permission from the Court
2  to file an over-length memorandum of points and authorities in support of the Parties'
3  concurrently filed stipulation to dismiss this action.  Specifically, because Local Rule 7(e)(1)
4  limits filings noted under Local Rule 7(d)(1) to six pages, Defendants request an additional four
5  pages for their memorandum, plus an additional three pages if the Parties' stipulated voluntary
6  dismissal counts against the page limit.

7  Defendants' intent in filing their memorandum in support of the stipulation is to set forth
8  the reasons for the dismissal, the law that governs a dismissal in this setting and the grounds
9  supporting entry of a dismissal in this case.  In short, because this dismissal under Federal Rule
10 of Civil Procedure 41(a)(1)(A) is voluntarily made prior to class certification, the 2003
11 amendments to Federal Rule of Civil Procedure 23(e) make it clear that notice to the class and
12 court approval are not required.  This 2003 amendment effectively overruled earlier cases,
13 including the Ninth Circuit's holding in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d
14 1401 (9th Cir. 1989), which had interpreted an earlier version of Rule 23(e) to require court
15 review of a pre-certification dismissal to determine whether notice to the class was required.
16 Nonetheless, in the wake of the 2003 amendment—and despite Rule 23(e)'s new language—
17 some district courts in this circuit have continued to apply the pre-2003 version of Rule 23(e)
18 and the *Diaz* precedent in this setting.  The Defendants' memorandum seeks to clarify the law
19 for voluntary dismissals in this context in light of this inconsistent application of the post-2003
20 Rule 23(e).  It also explains why even if *Diaz*'s holding did apply, the Parties would still not be
21 required to provide notice to the putative class as a condition of dismissal here.

---

[1] The term "Defendants," as used herein, refers to defendants WM Trust I, WM Trust II, WM Strategic Asset Management Portfolios, LLC, WM Advisors, Inc., WM Funds Distributor, Inc., William G. Papesh, Daniel L. Pavelich, Richard C. Yancey, Kristianne Blake, Edge Asset Management, Inc., Principal Financial Group, Inc., Principal Investors Fund, Inc., and Principal Funds Distributor, Inc.

MOTION FOR OVER-LENGTH BRIEF - 1
NO.  C-08-1251 MJP

O'MELVENY & MYERS
610 NEWPORT CENTER DRIVE, SUITE 1700
NEWPORT BEACH, CA 92660-6249
TEL: (949) 760-9600 • FAX: (949) 823-6994

| | |
|---|---|
| 1 | Because of the analysis required to tackle these issues, the Defendants respectfully |
| 2 | request that the Court grant this application to file their over-length memorandum in support of |
| 3 | the Parties' stipulated dismissal. |

DATED: March 25, 2009

By: _____s/ Phillip Kaplan_____
Phillip R. Kaplan, CA S.B. #76949
O'Melveny & Myers LLP
610 Newport Center Drive, Suite 1700
Newport Beach, CA 92660
Telephone: (949) 760-9600
Fax: (949) 823-6994
E-mail: pkaplan@omm.com

*Lead Counsel for Defendants WM Trust I, WM Trust II, WM Strategic Asset Management Portfolios, LLC, Principal Financial Group, Inc., Principal Investors Fund, Inc., Edge Asset Management, Inc. (formerly known as WM Advisors, Inc.), Principal Funds Distributor, Inc. (formerly known as WM Funds Distributor, Inc.) and William G. Papesh  (admitted pro hac vice)*

By: _____s/ Spencer Hall_____
Spencer Hall, WASB # 6162
Hall Zanzig Claflin McEachern PLLC
1200 Fifth Avenue, Suite 1414
Seattle, WA 98101
Telephone: (206) 292-5900
Fax: (206) 292-5901
E-mail: shall@hallzan.com

*Liaison Counsel for Defendants*

By: _____s/ Randall M. Lending_____
Randall M. Lending, IL S.B. # 06198407
Vedder Price P.C.
222 North LaSalle, Suite 2600
Chicago, IL 60601
Telephone: (312) 609-7564
Fax: (312) 609-5005
E-mail: rlending@vedderprice.com

*Counsel for Defendants Daniel L. Pavelich, Richard C. Yancey, and Kristianne Blake (admitted pro hac vice)*

MOTION FOR OVER-LENGTH BRIEF - 2
NO.  C-08-1251 MJP

O'MELVENY & MYERS
610 NEWPORT CENTER DRIVE, SUITE 1700
NEWPORT BEACH, CA  92660-6249
TEL: (949) 760-9600 • FAX: (949) 823-6994